**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| TRONOX INCORPORATED, et al.,[1] | ) ) ) | Case No. 09-_____ |
| Debtors. | ) ) ) | Joint Administration Requested |

**CONSOLIDATED LIST OF CREDITORS**
**HOLDING THE 30 LARGEST UNSECURED CLAIMS**

      The above-captioned debtors (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101-1532. The following is the consolidated list of the Debtors' creditors holding the 30 largest unsecured claims (the "Consolidated List") based on the Debtors' books and records as of approximately December 31, 2008. The Consolidated List is prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in these chapter 11 cases. The Consolidated List does not include (1) persons who come within the definition "insider" set forth in 11 U.S.C. §101(31) or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims on a consolidated basis. None of these creditors are minor children. The information contained herein shall neither constitute an admission of liability by, nor is it binding on, the Debtors. The information herein, including the failure of the Debtors to list any claim as contingent, unliquidated or disputed, does not constitute a waiver of the Debtors' right to contest the validity, priority or amount of any claim.

---

[1] The Debtors in these cases include: Tronox Luxembourg S.ar.L.; Tronox Incorporated; Cimarron Corporation; Southwestern Refining Company, Inc.; Transworld Drilling Company; Triangle Refineries, Inc.; Triple S, Inc.; Triple S Environmental Management Corporation; Triple S Minerals Resources Corporation; Triple S Refining Corporation; Tronox LLC; Tronox Finance Corp.; Tronox Holdings, Inc.; Tronox Pigments (Savannah) Inc.; and Tronox Worldwide LLC.

K&E 13955301.

| Count | Name, telephone number and complete mailing address including, zip code of employee, agent or department of creditor familiar with claims who may be connected. | Nature of claim. (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, Disputed, or subject to setoff. | Amount of claim. (if secured, also state value of security) |
|---|---|---|---|---|
| 1 | Wilmington Trust Company, as indenture trustee<br>Attn: James McGinley<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, DE 19890<br>(P) (302) 651-1000<br>(F) (302) 651-8010 | Corporate Debenture | | $350,000,000 (face amount) |
| 2 | Richards Bay Iron & Titanium Pty Ltd<br>George Deyzel, Managing Director<br>P.O. Box 401<br>Richards Bay South Africa 39000<br>(P) 27 35 901 3111<br>(F) 27 35 901 3200 | Trade | | 8,931,290 |
| 3 | Oxbow Calcining LLC<br>Richard Callahan, Chief Executive Officer<br>1601 Forum Place<br>West Palm Beach, FL 33401-8101<br>(P) (561) 697-4300<br>(F) (561) 697-1876 | Trade | | 1,773,480 |
| 4 | Gulbrandsen Co Inc.<br>Donald Gulbrandsen, President<br>2 Main Street<br>Clinton, NJ 08809<br>(P) (908) 735-5458<br>(F) (908) 735-0983 | Trade | | 902,725 |
| 5 | Olin Corp - Chlor Alkali<br>Joseph D. Rupp, Chairman, President & Chief Executive Officer<br>190 Carondelet Plaza, Ste. 1350<br>Clayton, MO 63105-3443<br>(P) (314) 480-1400<br>(F) (314) 862-7406 | Trade | | 838,609 |

| Count | Name, telephone number and complete mailing address including, zip code of employee, agent or department of creditor familiar with claims who may be connected. | Nature of claim. (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, Disputed, or subject to setoff. | Amount of claim. (if secured, also state value of security) |
|---|---|---|---|---|
| 6 | Powertrack Network<br>Richard K. Davis, Chairman, President & Chief Executive Officer<br>800 Nicolett Mall<br>Minneapolis, MN  55402-7014<br>(P) (651) 466-3000<br>(F) (612) 303-0782 | Trade | | 806,002 |
| 7 | P P G Industries<br>Charles E. Bunch, Chairman & Chief Executive Officer<br>1 PPG Place<br>Pittsburgh, PA  15272<br>(P) (412) 434-3131<br>(F) (412) 434-2011 | Trade | Subject to setoff | 686,549 |
| 8 | Southern Ionics, Inc.<br>Milton Sundbeck, President & Chief Executive Officer<br>201 Commerce Street<br>West Point, MS  39773<br>(P) (662) 494-3055<br>(F) (662) 495-2590 | Trade | | 376,143 |
| 9 | Marmetal Industries, LLC<br>Jerry Lynd, President<br>903 Sheehy Drive<br>Horsham, PA 19044<br>(P) (215) 675-4645<br>(F) (215) 675-9947 | Trade | | 347,477 |
| 10 | Veolia Water North America<br>Laurent Auguste, Chief Executive Officer<br>14950 Heathrow Forest Parkway<br>Suite 200<br>Houston, TX 77032<br>(P) 281-449-1500<br>(F) 281-449-5970 | Trade | | 345,092 |

| Count | Name, telephone number and complete mailing address including, zip code of employee, agent or department of creditor familiar with claims who may be connected. | Nature of claim. (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, Disputed, or subject to setoff. | Amount of claim. (if secured, also state value of security) |
|---|---|---|---|---|
| 11 | Lanxess Corp.<br>Randall S. Dearth, President & Chief Executive Officer<br>111 RIDC Park West Drive<br>Pittsburgh, PA  15275<br>(P) (412) 809-1000<br>(F) (412) 809-3599 | Trade | Subject to setoff | 344,491 |
| 12 | Watson Wyatt<br>John J. Haley, President & Chief Executive Officer<br>901 N Glebe Rd<br>Arlington, VA 22203-1853<br>(P) (703) 258-8000<br>(F) (703) 258-8585 | Trade | | 335,484 |
| 13 | Macaljon/Scl Inc.<br>Ben Macmillan, President<br>4524 Ogeechee Road<br>Savannah, GA  31405-1208<br>(P) (912) 236-9333<br>(F) (912) 236-1925 | Trade | | 334,946 |
| 14 | K.A. Steel Chemicals<br>Robert Steel, President<br>15185 Main Street<br>Lemont, IL  60439<br>(P) (630) 257-3900<br>(F) (630) 257-5096 | Trade | | 301,311 |
| 15 | De Nora Tech Inc.<br>Renato Gazzangia, Chief Executive Officer<br>100 Seventh Ave, Suite 300<br>Chardon, OH 44024<br>(P) (440) 285-0334<br>(F) (440) 285-0195 | Trade | | 285,000 |

| Count | Name, telephone number and complete mailing address including, zip code of employee, agent or department of creditor familiar with claims who may be connected. | Nature of claim. (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, Disputed, or subject to setoff. | Amount of claim. (if secured, also state value of security) |
|---|---|---|---|---|
| 16 | ESK Ceramics<br>c/o Ceradyne, Inc.<br>Joel Moskowitz, Chairman and Chief Executive Officer<br>3169 Red Hill Avenue<br>Costa Mesa, CA 92626<br>(P) (800) 839-2189<br>(F) (714) 549-5787 | Trade | | 266,405 |
| 17 | Ideal Chemical & Supply Company<br>Sam Block, President<br>4025 Air Park Street<br>Memphis, TN 38118<br>(P) (901) 363-7720<br>(F) (901) 366-0864 | Trade | | 256,541 |
| 18 | Kemira Water Solutions, Inc.<br>Joseph W. Richey, President<br>808 E. Main Street<br>Lakeland, FL 33801<br>(P) (800) 533-5990<br>(F) (863) 797-1087 | Trade | | 243,610 |
| 19 | Jimco Integrated Services<br>3786 Noel C. Conaway Road<br>Guyton, GA 31312<br>(P) (912) 728-6794<br>(F) (912) 728-8325 | Trade | | 241,441 |
| 20 | Gulf Coast Marine Supply Co Inc.<br>M. Mostellare, Chairman and Treasurer<br>501 Stimard Road<br>Mobile, AL 36610<br>(P) (251) 452-8066<br>(F) (251) 456-8860 | Trade | | 232,571 |

| Count | Name, telephone number and complete mailing address including, zip code of employee, agent or department of creditor familiar with claims who may be connected. | Nature of claim. (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, Disputed, or subject to setoff. | Amount of claim. (if secured, also state value of security) |
|---|---|---|---|---|
| 21 | Industrial Metalworks<br>T Edward Huncke Jr., President<br>2501 Tremont Rd<br>Savannah, GA 31405<br>(P) (912) 233-3703<br>(F) (912) 233-4735 | Trade | | 227,964 |
| 22 | Rath Refractories Inc.<br>Edwin Kirkland, Plant Manager<br>290 Industrial Park Drive<br>Milledgeville, GA 31061<br>(P) (478) 452-0015<br>(F) (478) 452-0070 | Trade | | 220,706 |
| 23 | Brenntag Pacific Inc.<br>Steven Pozzi, President<br>10747 Patterson Place<br>Santa Fe Springs, CA 90670<br>(P) (562) 903-9626<br>(F) (562) 903-9622 | Trade | | 206,010 |
| 24 | CSAV, Inc.<br>Scott Gill, President<br>8401 Eagle Creek Parkway<br>Savage, MN 55378-1224<br>(P) (952) 894-6280<br>(F) (952) 277-3991 | Trade | | 190,512 |
| 25 | AECOM<br>Robert C. Weber, President & Chief Executive Officer<br>2 Technology Park Drive<br>Westford, MA 01886<br>(P) (978) 589-3000<br>(F) (978) 589-3100 | Trade | | 188,298 |

| Count | Name, telephone number and complete mailing address including, zip code of employee, agent or department of creditor familiar with claims who may be connected. | Nature of claim. (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, Disputed, or subject to setoff. | Amount of claim. (if secured, also state value of security) |
|---|---|---|---|---|
| 26 | Oracle Corporation<br>Jeff Epstein, Chief Financial Officer<br>500 Oracle Parkway<br>Redwood Shores, CA 94065<br>(P) (650) 633-4075<br>(F) (650) 633-3255 | Trade | | 181,051 |
| 27 | Tubes Inc.<br>Michael Amburn, President<br>9401 Telge Road<br>Houston, TX 77095<br>(P) (281) 858-8300<br>(F) (281) 858-4055 | Trade | | 165,792 |
| 28 | B E & K Industrial Services<br>Ted Kennedy, Chief Executive Officer<br>2000 International Park Drive<br>Birmingham, AL  35243<br>(P) (205) 972-6000<br>(F) (205) 972-6300 | Trade | | 147,723 |
| 29 | The G.C. Broach Company<br>Roger Broach, President<br>7667 East 46 Place<br>Tulsa, OK 74145<br>(P) (918) 664-7420<br>(F) (918) 627-4083 | Trade | | 135,550 |
| 30 | Aberdeen Machine Works Inc.<br>Robley E. Wooten, President<br>79 Hwy 25<br>SouthAberdeen, MS 39730<br>(P) (662) 369-9357<br>(F) (662) 369-9377 | Trade | | 134,941 |