**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Case No. 09-10156 (ALG) |
| | : | |
| **Tronox, Inc., <u>et al.</u>,** | : | (Jointly Administered) |
| | : | |
| | : | Chapter 11 |
| Debtors. | : | |

-----------------------------------------------------------x

### AMENDED APPOINTMENT OF EQUITY SECURITY HOLDERS COMMITTEE

Pursuant to Section 1102(a) and 1102(b) of the Bankruptcy Code, the following equity security holders of the above-captioned debtors, being among the equity security holders who are willing to serve, are appointed to the committee of equity security holders:

1. Ahar Capital Management Inc.
   299 Park Avenue, 17th Floor
   New York, New York  10171
   ATTN: Rebwar Berzinji, Senior Analyst
   Telephone No. (212) 653-1045
   Fax No. (212) 653-1099

2. Charles E. Cheever
   65 Comstock Hill Avenue
   Norwalk, CT  06850

3. RLR Capital Partners, LP
   152 West 57th Street, 21st Floor
   New York, New York  10019
   ATTN: Robert L. Rosen
   Telephone No. (212) 903-2700
   Fax No. (212) 903-2727

4. Mark D. Todd
   119 Runner Road
   Savannah, GA  31410
   Telephone No. (912) 897-5336

5.      Sandra Kay Grasso
         2874 Seine Avenue
         Highland, CA 92346
         Telephone No. (909) 864-6321

6.      Sam L. Decker and Myra A. Decker
         10816 West Country Drive
         Oklahoma City, OK 73170
         Telephone No. (405) 692-7751

7.      Douglas Graham
         254 E 68th Street, Apt. 8C
         New York, New York   10065
         Telephone No.  (646) 824-8833
         Fax No. (646) 330-5398

Dated: New York, New York
       March 13, 2009

                                                     DIANA G. ADAMS
                                                     UNITED STATES TRUSTEE

                                     By:    /s/ Susan D. Golden
                                                Susan D. Golden
                                                Trial Attorney
                                                33 Whitehall Street, 21st Floor
                                                New York, New York  10004
                                                Tel. No. (212) 510-0500