Robert B. Rubin
D. Christopher Carson
Jennifer B. Kimble
John R. Lehman
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

Attorneys for Creditor
Mt. Canaan Full Gospel Church, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| TRONOX INCORPORATED, <u>et al.</u>,[1] | ) | Case No. 09-10156 (ALG) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

**MOTION FOR ADMISSION TO PRACTICE, Pro Hac Vice**

I, John R. Lehman, a member in good standing of the bar in the State of Alabama and the bar of the U.S. District Court for the Northern District of Alabama, request admission, **pro hac vice**, before the Honorable Allan L. Gropper, to represent Mt. Canaan Full Gospel Church, Inc., a creditor in the above referenced case. My address is Burr & Forman LLP, 420 North 20th Street, Suite 3400, Birmingham, Alabama 35203. My e-mail address is jlehman@burr.com. My telephone number is (205) 458-5146. I agree to pay the fee of $25 upon approval by this Court admitting me to practice **pro hac vice**.

---

[1] The debtors in these chapter 11 cases include: Tronox Luxembourg S.ar.L.; Tronox Incorporated; Cimarron Corporation; Southwestern Refining Company, Inc.; Transworld Drilling Company; Triangle Refineries, Inc.; Triple S, Inc.; Triple S Environmental Management Corporation; Triple S Minerals Resources Corporation; Triple S Refining Corporation; Tronox LLC; Tronox Finance Corp.; Tronox Holdings, Inc.; Tronox Pigments (Savannah) Inc.; and Tronox Worldwide LLC.

Dated: July 30, 2009
      Birmingham, Alabama

BURR & FORMAN LLP


/s/ John R. Lehman
Robert B. Rubin
D. Christopher Carson
Jennifer B. Kimble
John R. Lehman
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

Attorneys for Creditor
MT. CANAAN FULL GOSPEL CHURCH, INC.

---

**ORDER**

---

**ORDERED,**

that John R. Lehman, Esq., is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: August 19, 2009
      New York, New York

        */s/ Allan L. Gropper*
        HONORABLE ALLAN L. GROPPER
        UNITED STATES BANKRUPTCY JUDGE