Robert B. Rubin, *Pro Hac Vice*
D. Christopher Carson, *Pro Hac Vice*
John R. Lehman II, *Pro Hac Vice*
Jennifer B. Kimble, *Pro Hac Vice*
BURR & FORMAN LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203

Attorneys for Mt. Canaan Full Gospel Church, Inc.

Hearing Date: September 16, 2009 at 10:00
Objection Deadline: September 9, 2009

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| **TRONOX INCORPORATED,** *et al.*,[1] | ) Case No. 09-10156 (ALG) |
| Debtors. | ) Jointly Administered |

### NOTICE OF ADJOURNED HEARING ON MT. CANAAN FULL GOSPEL CHURCH, INC.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**PLEASE TAKE NOTICE THAT:**

1. The hearing on Mt. Canaan Full Gospel Church, Inc.'s Motion for Relief from the Automatic Stay (Docket No. 624) (the "Stay Relief Motion"), originally scheduled to be heard on September 1, 2009 at 11:00 a.m. (New York time) before the Honorable Allan L. Gropper, United States Bankruptcy Judge, in Room 617 of the United States Bankruptcy Court, U.S. Custom House, One Bowling Green, New York, New York 10004, **has been adjourned as set forth below.**

---

[1] The Debtors in these cases include: Tronox Luxembourg S.ar.L.; Tronox Incorporated; Cimarron Corporation; Southwestern Refining Company, Inc.; Transworld Drilling Company; Triangle Refineries, Inc.; Triple S, Inc.; Triple S Environmental Management Corporation; Triple S Minerals Resources Corporation; Triple S Refining Corporation; Tronox LLC; Tronox Finance Corp.; Tronox Holdings, Inc.; Tronox Pigments (Savannah) Inc.; and Tronox Worldwide LLC.

2. The hearing on the Stay Relief Motion will be heard by the Court on **September 16, 2009 at 10:00 a.m.** (New York time).

Dated: August 25, 2009

Respectfully submitted,

By: /s/ Jennifer B. Kimble
Robert B. Rubin, *Pro Hac Vice*
D. Christopher Carson, *Pro Hac Vice*
John R. Lehman II, *Pro Hac Vice*
Jennifer B. Kimble, *Pro Hac Vice*
BURR & FORMAN LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
Email:  brubin@burr.com
 ccarson@burr.com
 jlehman@burr.com
 jkimble@burr.com

-and-

Dennis G. Pantazis
Brian M. Clark
Craig L. Lowell
WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
301 19th Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0531
Facsimile: (205) 254-1500

-and-

Lanny S. Vines
LANNY VINES & ASSOCIATES
2142 Highland Avenue South
Birmingham, Alabama 35205-4002
Telephone: (205) 930-6999
Facsimile: (205) 933-1272

ATTORNEYS FOR MT. CANAAN FULL GOSPEL
                                CHURCH, INC.

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the attached Core 2002 Service List by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 25th day of August, 2009:

                                /s/ Jennifer B. Kimble
                                OF COUNSEL

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Aegon USA Investment Manager | Attn James H Rich | 230 W Monroe Ste 1450 | | Chicago | IL | 60606 | |
| Airgas Inc | David Boyle | 259 Radnor Chester Rd Ste 100 | PO Box 6675 | Radnor | PA | 19087-8675 | |
| Alternative Environmental Solutions Inc | Stanley R Palowsky III | 2217 Liberty St | | Monroe | LA | 71201 | |
| Arcadis US Inc | Attn Liesl Spangler | 630 Plaza Dr Ste 100 | | Highland Ranch | CO | 80129 | |
| Brune & Richard LLP | Theresa Trzaskoma & Paul Lekas | 80 Broad St | | New York | NY | 10004 | |
| Bryan Cave LLP | Christopher J Lawhorn & Steve J Poplawski | One Metropolitan Sq | 211 N Broadway Ste 3600 | St Louis | MO | 63102-2750 | |
| Bryan Cave LLP | Lawrence P Gottesman & Michelle K McMahon | 1290 Ave of Americas | | New York | NY | 10104 | |
| Buchalter Nemer A Professional Corporation | Shawn M Christianson | 333 Market St 25th Fl | | San Francisco | CA | 94105-2126 | |
| Burr & Forman LLP | Jennifer B Kimble & John R Lehman | 420 N 20th St Ste 3400 | | Birmingham | AL | 35203 | |
| Burr & Forman LLP | Robert B Rubin & D Christopher Carson | 420 N 20th St Ste 3400 | | Birmingham | AL | 35203 | |
| Cadwalader Wickersham & Taft LLP | Christopher M McDermott | 227 W Trade St | | Charlotte | NC | 28202 | |
| Chapman & Cutler LLP | Attn David S Barritt | 111 W Monroe St | | Chicago | IL | 60603-4080 | |
| Cohn Baughman & Martin | Brian Mahoney | 333 W Wacker Dr Ste 900 | | Chicago | IL | 60606 | |
| Computershare Investor Services | Dennis Sneyers | 2 N LaSalle St | | Chicago | IL | 60602 | |
| Cravath Swaine & Moore | Robert Trust | Worldwide Plaza | 825 Eighth Ave | New York | NY | 10019-7475 | |
| Crowe & Dunlevy PC | William H Hoch III & Kristin L Huffaker | 20 N Broadway Ste 1800 | | Oklahoma City | OK | 73102 | |
| Crowell & Moring LLP | Bruce J Zabarauskas & Lawrence J Brenner | 590 Madison Ave 20th Fl | | New York | NY | 10022-2524 | |
| Crowell & Moring LLP | Mark D Plevin Leslie A Davis & Noah S Bloomberg | 1001 Pennsylvania Ave NW | | Washington | DC | 20004-2595 | |
| Crowell & Moring LLP | Mark S Lichtenstein | 590 Madison Ave 20th Fl | | New York | NY | 10022 | |
| CSAV | | 99 Wood Ave S 9th Fl | | Iselin | NJ | 08830 | |
| CSAV | | Plaza Sotomayor 50 | | Valparaiso | | 277 | Chile |
| CSAV | | PO Box 200611 | | Pittsburgh | PA | 15251-0611 | |
| Deputy Attorney General | Dept of Law & Public Safety Div of Law | Richard J Hughes Justice Complex | PO Box 093 | Trenton | NJ | 08625-0093 | |
| DiConza Law PC | Attn Gerard DiConza | 630 3rd Ave 7th Fl | | New York | NY | 10017 | |
| Dilworth Paxon LLP | Lori A Frio | Liberty View Ste 700 | 457 Haddonfield Rd | Cherry Hill | NJ | 08002 | |
| Entergy Services Inc | Alan H Katz | 639 Loyola Ave 26th Fl | | New Orleans | LA | 70113-3125 | |
| Faegre & Benson LLP | Elizabeth K Flaagan | 3200 Wells Fargo Ctr | 1700 Lincoln St | Denver | CO | 80203-4532 | |
| Flood & Flood | John Flood | 802 North Carancahua | 900 Frost Bank Plz | Corpus Christi | TX | 78470 | |
| Foley & Lardner LLP | Joanne Lee | 321 N Clark St Ste 2800 | | Chicago | IL | 60654 | |

**Exhibit A**
Core 2002 Service List

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Foley & Lardner LLP | John A Simon | One Detroit Center | 500 Woodward Ave Ste 2700 | Detroit | MI | 48226 | |
| Foley & Lardner LLP | Michael P Richman | 90 Park Ave 36th Fl | | New York | NY | 10016 | |
| Fox Hefter Swibel Levin & Carroll, LLP | Margaret M Anderson | 200 W Madison Ste 3000 | | Chicago | IL | 60606 | |
| Gibbons PC | Dale E Barney & Mark B Conlan | One Pennsylvania Plz 37th Fl | | New York | NY | 10119-3701 | |
| Glenn M Reisman | | Two Corporate Dr Ste 234 | | Shelton | CT | 06484 | |
| Gulf Coast Marine Supply Company Inc | Attn John T Mostellare Pres | PO Box 2088 | | Mobile | AL | 36610 | |
| Halperin Battaglia Raicht LLP | Christopher J Battaglia & Carrie Mitchell | 555 Madison Ave 9th Fl | | New York | NY | 10022 | |
| Holland & Hart LLP | Attn Risa L Wolf Smith | 555 17th St Ste 3200 | PO Box 8749 | Denver | CO | 80201 | |
| IKON Financial Services | Christine R Etheridge | 1738 Bass Rd | PO Box 13708 | Macon | GA | 31208-3708 | |
| Internal Revenue Service | Centralized Insolvency Operation | 11601 Roosevelt Blvd | Mail Drop N781 | Philadelphia | PA | 19255 | |
| J Scott Douglass | | 909 Fannin Ste 1800 | | Houston | TX | 77010 | |
| John Malone PC | John Malone | 1838 N Valley Mills Dr | | Waco | TX | 76710 | |
| Johnson & Bell Ltd | Michael J Linneman | 33 W Monroe St Ste 2700 | | Chicago | IL | 60603 | |
| Kirkland & Ellis LLP | Jonathan Henes & Colin Adams & Richard Cieri | 601 Lexington Ave | Citigroup Ctr | New York | NY | 10022-4611 | |
| Koff Mangan Vullo Gartley & Lach PC | James F Mangan | 179 S Wyoming Ave | | Kingston | PA | 18704 | |
| Linebarger Goggan Blair & Sampson LLP | Diane W Sanders | PO Box 17428 | | Austin | TX | 78760-7428 | |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | 2323 Bryan St Ste 1600 | | Dallas | TX | 75201 | |
| Linebarger Goggan Blair & Sampson LLP | John P Dillman | PO Box 3064 | | Houston | TX | 77253-3064 | |
| Locke Lord Bissell & Liddell LLP | Patricia Williams Prewitt | 3400 JPMorgan Chase Tower | 600 Travis St | Houston | TX | 77002-3095 | |
| Louisiana Department of Justice | Ryan M Seidemann | Civil Division Lands & Natural Resources | PO Box 94005 | Baton Rouge | LA | 70804-9005 | |
| LVI Service, Inc. | Gregory G DiCarlo | 877 Post Rd E Ste 4 | | Westport | CT | 06880 | |
| Maynard Cooper & Gale PC | James Goyer III & Jayna Lamar | 1901 Sixth Ave N | 2400 Regions Harbert Plz | Birmingham | AL | 35203 | |
| McCreary Velselka Bragg & Allen | Michael Reed | P O Box 1269 | | Round Rock | TX | 78680 | |
| Michael E Carroll | | 1220 William St | | Avoca | PA | 18641 | |
| Missouri Department of Revenue | Attn Steven A Ginther | Bankruptcy Unit | PO Box 475 | Jefferson City | MO | 65105-0475 | |
| Monarch Alternative Capital LP | Chun Won Yi | 535 Madison Ave | | New York | NY | 10022 | |
| Montgomery McCraken Walker & Rhoads LLP | Leonard A Busby Natalie D Ramsey Simon E Fraser & Joseph Oneil Jr | 123 S Broad St | | Philadelphia | PA | 19109 | |
| Munsch Hardt Kopf & Harr PC | Mary W Koks | 700 Louisiana Ste 4600 | | Houston | TX | 77002 | |
| NewCastle Partners LP | Attn Mark E Schwartz | 200 Crescent Ct Ste 1400 | | Dallas | TX | 75201 | |
| North Carolina Department of Justice | W Wallace Finlator Jr | 9001 Mail Service Center | Assistant Attorney General | Raleigh | NC | 27699-9001 | |
| NY State Dept of Environmental Consrvtn | Office of the General Counsel | 625 Broadway 14th Fl | | Albany | NY | 12233-1500 | |

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| NY State Dept of Environmental Consrvtn | | 625 Broadway | | Albany | NY | 12233 | |
| Office Of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York | NY | 10271 | |
| Office of the Ohio Attorney General | Michelle T Sutter | Principal Asst AG Enviro Enforc Sec | 30 E Broad St 25th Fl | Columbus | OH | 43215 | |
| Office Of The United States Trustee | Attn Susan Golden Esq | 33 Whitehall St 21st Fl | | New York | NY | 10004 | |
| Oklahoma County Treasurer | Tammy Jones Pro Se | 320 Robert S Kerr Rm 307 | | Oklahoma City | OK | 73102 | |
| Olshan Grundman Frome Rosenzweig & Wolosky LLP | Michael S Fox | 65 E 55th St | | New York | NY | 10022 | |
| Paul Weiss Rifkind Wharton & Garrison LLP | Alan Kornberg | 1285 Ave of the Americas | | New York | NY | 10019-6064 | |
| Paul Weiss Rifkind Wharton & Garrison LLP | Alan W Kornberg Brian S Hermann & Elizabeth R McColm | 1285 Ave of the Americas | | New York | NY | 10019-6064 | |
| Pension Benefit Guaranty Corp | Attn Craig Yamaoka | 1200 K St NW | | Washington | DC | 20005-4026 | |
| Pepper Hamilton LLP | Henry Jaffe | Hercules Plz Suite 5100 | 1313 Market St | Wilmington | DE | 19899-1709 | |
| Pick & Zabicki LLP | Douglas J Pick & Eric C Zabicki | 369 Lexington Ave 12th Fl | | New York | NY | 10017 | |
| Pillsbury Winthrop Shaw Pittman LLP | Craig Barbarosh David Crichlow & Karen Dine | 1540 Broadway | | New York | NY | 10036-4039 | |
| Polsinelli Shughart PC | Paul D Sinclair | 120 W 12th St Ste 1700 | | Kansas City | MO | 64105 | |
| Reed Smith LLP | Eric A Schaffer | 435 Sixth Ave | | Pittsburgh | PA | 15219 | |
| Reed Smith LLP | Mark D Silverschotz & Edward J Estrada | 599 Lexington Ave | | New York | NY | 10022 | |
| Reid and Riege PC | Carol A Felicetta | 195 Church St | | New Haven | CT | 06510 | |
| Richmond Breslin LLP | Barry A Erlich | 233 S Wacker Dr Ste 5775 | | Chicago | IL | 60606 | |
| RIO Algom Mining LLC | Attn Francis McAllister | PO Box 218 | | Grants | NM | 87020 | |
| Rubenstein McCormick & Pitts PLLC | Michael A Rubenstein & Kyle L Buchanan | 1503 E 19th St | | Edmond | OK | 73013 | |
| Satterlee Stephens Burke & Burke LLP | Christopher R Belmonte & Pamela A Bosswick | 230 Park Ave | | New York | NY | 10169 | |
| Secretary of State | Division of Corporations | One Commerce Plz | 99 Washington Ave Ste 600 | Albany | NY | 12231-0001 | |
| Secretary of State | | 123 William St | | New York | NY | 10038-3804 | |
| Securities And Exchange Commission | Attn Michael Berman General Counsel | 100 F St NE | | Washington | DC | 20549 | |
| Securities And Exchange Commission | Mark Schonfeld Regional Director | 3 World Financial Ctr Ste 400 | | New York | NY | 10281-1022 | |
| Smith Katzenstein & Furlow | Kathleen M Miller | 800 Delaware Ave 7th Fl | PO Box 410 Courier 19801 | Wilmington | DE | 19899 | |
| Southern District of NY | Matthew L Schwartz Asst US Atty | 86 Chambers St 3rd Fl | | New York | NY | 10007 | |
| Stutzman Bromberg Esserrman & Plifka | Jacob L Newton & Rachael L Stringer | 2323 Bryan St Ste 2200 | | Dallas | TX | 75201 | |
| Tennessee Valley Authority | Richard E Riggs | 400 W Summit Hill Dr | | Knoxville | TN | 37902 | |
| The Chartwell Law Offices LLP | John J Winter Esq | 970 Rittenhouse Rd Ste 300 | | Eagleville | PA | 19403 | |
| The Dow Chemical Company | Lee H Sjoberg | 2030 Dow Ctr | | Midland | MI | 48674 | |
| Thompson Coburn d/b/a Thompson Coburn Fagel Haber | Dennis E Quaid | 55 E Monroe | | Chicago | IL | 60603 | |
| Togut Segal & Segal LLP | Albert Togut & Scott Ratner | One Penn Plz Ste 3335 | | New York | NY | 10119 | |
| Tronox Incorporated | Michael Foster | One Leadership Sq Ste 300 | 211 N Robinson Ave | Oklahoma City | OK | 73102 | |

**Exhibit A**
Core 2002 Service List

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Tucker Arensberg PC | Michael A Shiner | 1500 One PPG Place | | Pittsburgh | PA | 15222 | |
| US Attorney General | US Department Of Justice | 950 Pennsylvania Ave NW | | Washington | DC | 20530-0001 | |