| Site | State | Total Cash Funding | Anadarko Litigation Percentage * |
|---|---|---|---|
| **EXHIBIT 2** | | | |
| | | $270,000,000 | 100.00000% |
| **Administrative** | | | |
| Litigation Trust Admin. | | $25,000,000 | 0.00000% |
| Cimarron Trust Admin. | | $1,303,889 | 0.08891% |
| Multistate Trust Admin. | | $16,936,352 | 1.15488% |
| Savannah Trust Admin. | | $4,182,664 | 0.28521% |
| West Chicago Trust Admin. | | $8,303,002 | 0.00000% |
| Henderson Trust Admin. | | $8,602,853 | 1.25000% |
| Subtotal Administrative | | $64,328,760 | 2.77900% |
| **Trust Sites (Prospective Work)** | | | |
| Birmingport, AL | AL | $402,395 | 0.01000% |
| Theodore (Mobile), AL | AL | $21,587,129 | 6.00000% |
| Jacksonville, FL (Ag Chem) | FL | $4,220,981 | 2.00000% |
| Jacksonville, FL (Petroleum Term) | FL | $38,957 | 0.00000% |
| Savannah, GA | GA | $2,924,691 | 1.00000% |
| Soda Springs, ID | ID | $6,050,929 | 2.00000% |
| Madison, IL | IL | $1,294,468 | 0.15000% |
| Sauget, IL | IL | $3,960,429 | 0.10000% |
| West Chicago, IL (residential properties, owned) | IL | $306,488 | 0.00000% |
| Indianapolis, IN | IN | $366,782 | 0.05000% |
| Rushville, IN | IN | $1,795 | 0.00100% |
| Bossier City, LA | LA | $897,624 | 0.50000% |
| Calhoun, LA | LA | $2,720,947 | 0.25000% |
| Kansas City, MO | MO | $1,743,398 | 0.50000% |
| Springfield, MO | MO | $2,025,323 | 0.50000% |
| Columbus, MS | MS | $5,520,102 | 1.50000% |
| Meridian, MS | MS | $1,298,956 | 0.50000% |
| Navassa, NC | NC | $4,208,555 | 2.00000% |

*Percent of 88% share of net Anadarko litigation proceeds.

| EXHIBIT 2 | | | |
|---|---|---|---|
| **Site** | **State** | **Total Cash Funding** | **Anadarko Litigation Percentage *** |
| Bristol Mine (Pioche, NV) | NV | $17,952 | 0.00300% |
| Caselton Mine (Pioche, NV) | NV | $269,287 | 0.15000% |
| Henderson, NV | NV | $72,417,165 | 23.75000% |
| Rome, NY | NY | $700,000 | 0.40000% |
| Cimarron, OK (NRC) | OK | $6,588,381 | 1.50000% |
| Cimarron, OK (State of Oklahoma) | OK | $746,114 | 0.25000% |
| Cleveland, OK | OK | $8,036,586 | 1.00000% |
| Cushing, OK | OK | $8,719,555 | 2.00000% |
| Avoca, PA | PA | $4,101 | 0.00000% |
| Beaumont, TX | TX | $1,651,132 | 0.50000% |
| Corpus Christi No. 1 Terminal, TX | TX | $215,477 | 0.00000% |
| Texarkana, TX | TX | $2,537,176 | 0.50000% |
| Service Stations (owned, all states) | Various | $2,028,696 | 0.15000% |
| **Subtotal Trust Sites (Prospective Work)** | | **$163,501,571** | **47.26400%** |
| **Non-Owned Sites (Prospective Work)** | | | |
| Anniston, AL | AL | $6,320 | 0.01000% |
| Birmingham, AL | AL | $179,525 | 0.10000% |
| Mansfield Canyon, AZ | AZ | $94,797 | 0.15000% |
| Juniper Mine, CA | CA | $157,995 | 0.25000% |
| Brunswick, GA | GA | $632 | 0.00100% |
| Lindsay Light Removal Sites (US EPA) | IL | $2,692,871 | 1.50000% |
| Streeterville Rights-of-Way, IL (US EPA and City of Chicago) | IL | $2,692,871 | 1.00000% |
| DuSable Park, IL (US EPA and Chicago Park District) | IL | $269,287 | 0.15000% |
| Decatur, IL | IL | $632 | 0.00100% |
| Mount Vernon, IL | IL | $94,797 | 0.15000% |
| Kerr-McGee West Chicago NPL Sites (Non-Owned RAS Properties), IL | IL | $77,240 | 0.00000% |
| Kerr-McGee West Chicago NPL Sites (US EPA oversight) | IL | $47,917 | 0.10000% |
| Kerr-McGee West Chicago NPL Sites (Kress Creek), IL | IL | $1,670,090 | 0.00000% |

*Percent of 88% share of net Anadarko litigation proceeds.

| | | | |
|---|---|---|---|
| **EXHIBIT 2** |
| **Site** | **State** | **Total Cash Funding** | **Anadarko Litigation Percentage *** |
| Dubach, LA | LA | $1,896 | 0.00300% |
| Fireworks Site, Hanover, MA | MA | $947,967 | 1.50000% |
| Hattiesburg, MS | MS | $389,310 | 0.10000% |
| Welsbach, NJ | NJ | $3,159,890 | 5.00000% |
| Quivira Mine Site, NM | NM | $1,263,956 | 2.00000% |
| Ship Rock Mill, NM | NM | $1,231,978 | 1.00000% |
| Toledo Tie (US EPA) | OH | $179,525 | 0.10000% |
| Toledo Tie (State of Ohio) | OH | $63,198 | 0.10000% |
| Lucky Lass/White King Mine, Lakeview, OR | OR | $448,812 | 0.25000% |
| Flat Top Mine, SD | SD | $631,978 | 1.00000% |
| Riley Pass, SD (US EPA) | SD | $89,762 | 0.05000% |
| Riley Pass, SD (Forest Service) | SD | $7,180,990 | 4.00000% |
| Other Sites | Various | $0 | 3.00000% |
| Navajo Area Uranium Mines | Various | $12,039,562 | 20.00000% |
| Non-Owned Service Stations (unowned) | Various | $315,989 | 0.50000% |
| Non-Owned Portion of Moss American NPL Site, WI | WI | $448,812 | 0.25000% |
| **Subtotal Non-Owned Sites (Prospective Work)** | | **$36,378,599** | **42.26500%** |
| **Past Cost, NRD, and Penalty Claims** | | | |
| Juniper Mine, CA - Forest Service Past Response Costs | CA | $33,495 | 0.05300% |
| Jacksonville, FL (Petroleum Term) - US EPA Past Response Costs | FL | $1,896 | 0.00300% |
| Savannah, GA - Georgia Past Response Costs | GA | $632 | 0.00100% |
| Kerr-McGee West Chicago NPL Sites, IL - US EPA Past Response Costs | IL | $63,198 | 0.10000% |
| Lindsay Light Removal Sites - US EPA Past Response Costs | IL | $31,599 | 0.05000% |
| Bossier City, LA - Louisiana Past Response Costs | LA | $106 | 0.00017% |
| Calhoun, LA - Louisiana Past Response Costs | LA | $107 | 0.00017% |
| Dubach, LA - Lousiana Past Response Costs | LA | $419 | 0.00066% |
| Fireworks Site, Hanover, MA - Massachusetts Past Response Costs | MA | $1,896 | 0.00300% |
| Columbus, MS - US EPA Past Response Costs | MS | $5,386 | 0.00300% |

*Percent of 88% share of net Anadarko litigation proceeds.

| \ | \ | \ | \ |
|---|---|---|---|
| | **EXHIBIT 2** | | |
| **Site** | **State** | **Total Cash Funding** | **Anadarko Litigation Percentage *** |
| Navassa, NC - US EPA Past Response Costs | NC | $1,896 | 0.00300% |
| Manville, NJ - New Jersey Past Response Costs | NJ | $394,986 | 0.62500% |
| Manville, NJ - US EPA Past Response Costs | NJ | $2,908,702 | 4.85000% |
| Caselton Mine (Pioche, NV) - BLM Past Response Costs | NV | $6,320 | 0.01000% |
| Rome, NY - New York Past Response Costs | NY | $2,427 | 0.00200% |
| Toledo Tie, OH - Ohio Past Response Costs | OH | $2,427 | 0.00200% |
| Toledo Tie, OH - US EPA Past Response Costs | OH | $11,706 | 0.01300% |
| Riley Pass, SD - Forest Service Past Response Costs | SD | $91,658 | 0.05300% |
| Riley Pass, SD - US EPA Past Response Costs | SD | $6,320 | 0.01000% |
| Non-Owned Portion of Moss American NPL Site, WI - US EPA Past Response Costs | WI | $275,607 | 0.16000% |
| **Subtotal Past Response Costs for Owned and Non-Owned Sites** | | **$3,840,783** | **5.94200%** |
| Kerr-McGee West Chicago NPL Sites, IL - Illinois NRD Claim | IL | $632 | 0.00100% |
| Fireworks Site, Hanover, MA - Massachusetts NRD Claim | MA | $94,797 | 0.15000% |
| Kansas City, MO - Missouri NRD Claim | MO | $20,801 | 0.03291% |
| Springfield, MO - Missouri NRD Claim | MO | $73,996 | 0.11709% |
| Navassa, NC - DOI/NOAA/North Carolina NRD Claim | NC | $915,836 | 0.50000% |
| Manville, NJ - New Jersey NRD Claim | NJ | $94,797 | 0.10000% |
| Rome, NY - New York NRD Claim | NY | $1,896 | 0.00300% |
| Cleveland, OK - Oklahoma NRD Claim | OK | $112,749 | 0.16000% |
| Criner, OK - Oklahoma NRD Claim | OK | $28,487 | 0.04508% |
| Cushing, OK - Oklahoma NRD Claim | OK | $49,551 | 0.06000% |
| Gore, OK- Oklahoma NRD Claim (Gore) | OK | $50,554 | 0.07999% |
| Wynnewood, OK - Oklahoma NRD Claim | OK | $15,756 | 0.02493% |
| Texarkana, TX - DOI NRD Claim | TX | $7,282 | 0.00600% |
| Texarkana, TX - DOI/Texas NRD Claim | TX | $364,084 | 0.30000% |
| Texarkana, TX - Texas NRD Claim | TX | $112,749 | 0.16000% |
| **Subtotal NRD for Owned and Non-Owned Sites** | | **$1,943,967** | **1.74000%** |
| Savannah, GA - US EPA Penalty Claim | GA | $6,320 | 0.01000% |

*Percent of 88% share of net Anadarko litigation proceeds.