PREET BHARARA
United States Attorney for the
Southern District of New York
By: ROBERT WILLIAM YALEN
TOMOKO ONOZAWA
JOSEPH A. PANTOJA
Assistant United States Attorneys
86 Chambers Street
New York, New York 10007
Tel.: (212) 637-2721
Fax: (212) 637-2686
E-mail:  tomoko.onozawa@usdoj.gov

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
IN RE:

        TRONOX INCORPORATED, *et al.*,

                      Debtors.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 09-10156 (ALG)

(Jointly Administered)

**CERTIFICATE OF SERVICE**

     I, Tomoko Onozawa, Assistant United States Attorney for the Southern District of New York, hereby certify that on November 23, 2010, I electronically filed a true and correct copy of the attached NOTICE OF LODGING OF PROPOSED CONSENT DECREE AND ENVIRONMENTAL SETTLEMENT AGREEMENT, which will send notification of filing of the same to the parties who have filed a Notice of Appearance and Request for Notice in this Case.

     I further certify that on November 23, 2010, I caused to be served a copy of the attached NOTICE OF LODGING OF PROPOSED CONSENT DECREE AND ENVIRONMENTAL SETTLEMENT AGREEMENT, by Overnight Federal Express and by electronic mail, on the following persons on the attached Schedule A.

                                            */s/ Tomoko Onozawa*
                                            TOMOKO ONOZAWA
                                            Assistant United States Attorney

## Schedule A

Jonathan S. Henes, Esq.
Nicole Greenblatt, Esq.
Kirkland & Ellis LLP
153 East 53rd Street
New York, New York 10022

Craig A. Barbarosh, Esq.
David A. Crichlow, Esq.
Karen B. Dine, Esq.
Pillsbury Winthrop Shaw
   Pittman LLP
1540 Broadway
New York, New York 10036

Susan Golden, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004

Brian S. Hermann, Esq.
Elizabeth McColm, Esq.
Paul, Weiss, Rifkind, Wharton &
   Garrison LLP
1285 Avenue of the Americas
New York, New York 10019

Richard A. Levy, Esq.
Latham & Watkins LLP
233 South Wacker Drive, Suite 5800
Chicago, Illinois 60606