


```
INVOICE                                              INVOICE #:      08-10/6960
                                                     INVOICE DATE:   11/5/2008
                                                     PAGE:           1


        DIANE WIEBUSCH
        TRONOX, LLC
        PO BOX 268859

        OKLAHOMA CITY, OK      73126-8859


CLIENT ID:              1360TRO02
PROJECT #:              3040PHASEII              PHASE II
PROJECT MANAGER:        ROBERT WILLIAMS



DESCRIPTION:   LIMITED ENVIRONMENTAL INVESTIGATION
4100 NW EXPRESSWAY, OKC, OK

PO #701600-9

WORK PERFORMED:    SEPTEMBER 16, 2008 TO NOVEMBER 5, 2008




   CURRENT FEES                      PREVIOUSLY BILLED              BILLING AMO
-----------------------------------------------------------------------------

PROFESSIONAL SERVICES                            $0.00                 $8,8
```

INVOICE CONTINUED...



# Triple S Refining Corporation
P.O. Box 268859 • Oklahoma City, OK 73126-8859

Sent to J. Cooper
by report 11/6/08

## INVOICE

|  |  |
|--|--|
| Invoice: | SEA 110608 |
| Date: | 11/6/08 |
| Page: | 1 |

BarCo Investments LLC
6703 NW Grand Blvd.
Okla. City, OK 73116

Project:   4100 NW Expressway, OKC

Description:   Limited Environmental Investigation

### Current Fees

| | | |
|--|--|--|
| Professional Services | (StanTech #08-10/6960) | $8,840.00 |

| | |
|--|--|
| **Total Due** | $8,840.00 |

Total Amount Due Upon Receipt
FEIN 73-0974954

**Please Remit to:**
Triple S Refining Corporation
PO Box 268859
Oklahoma City, OK   73126-8859
Attn:   Diane Wiebusch, LSI-414