## Exhibit 3

**First Amendment to Consent Decree and Environmental Settlement Agreement**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE:

TRONOX INCORPORATED, *et al.*,

Debtors.

Case No. 09-10156 (ALG)

(Jointly Administered)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## FIRST AMENDMENT TO THE
## CONSENT DECREE AND ENVIRONMENTAL SETTLEMENT AGREEMENT

**WHEREAS,** on January 12, 2009, Tronox Incorporated and 14 of its affiliates (collectively, "Debtors")[1] filed petitions with the Court under chapter 11 of the Bankruptcy Code (the "Bankruptcy Cases");

**WHEREAS,** on November 23, 2010, the Consent Decree and Environmental Settlement Agreement ("Settlement Agreement") was lodged with the Court;

**WHEREAS**, by Order dated November 30, 2010 ("Confirmation Order"), the Court confirmed the Debtors' Plan of Reorganization subject to approval of the Settlement Agreement under environmental law, and approved the Settlement Agreement pursuant to Section 9019 of the Bankruptcy Code;

**WHEREAS**¸ on January 13, 2011, the United States filed its Motion to Approve the Settlement Agreement as fair and reasonable under environmental law;

**WHEREAS,** after the Settlement Agreement was lodged with the Court on November 23, 2010, the parties to the Settlement Agreement have became aware of

---

[1] The debtors in these chapter 11 cases include: Tronox Luxembourg S.ar.L; Tronox Incorporated; Cimarron Corporation; Southwestern Refining Company, Inc.; Transworld Drilling Company; Triangle Refineries, Inc.; Triple S, Inc.; Triple S Environmental Management Corporation; Triple S Minerals Resources Corporation; Triple S Refining Corporation; Tronox LLC; Tronox Finance Corp.; Tronox Holdings, Inc.; Tronox Pigments (Savannah) Inc.; and Tronox Worldwide LLC.

corrections or clarifications needed to the Settlement Agreement that do not materially alter the substantive terms of the Settlement Agreement; and

**WHEREAS**, the parties agree that the modifications set forth herein to the Settlement Agreement constitute a written amendment of the Settlement Agreement, pursuant to Paragraph 172 of the Settlement Agreement.

**NOW, THEREFORE**, upon the consent and agreement of the parties by their attorneys and authorized officials, the Settlement Agreement is hereby amended as follows ("First Amendment"):

1.      All references to the "Henderson Environmental Response Trust," "Henderson Trust Agreement," 'Henderson Trust Accounts," "Henderson Trust Administrative Account," "Henderson Trust Assets," "Henderson Trust Environmental Cost Account," "Henderson Trustee," and "Henderson Trust Parties" shall be replaced with "Nevada Environmental Response Trust," "Nevada Trust Agreement," "Nevada Trust Accounts," "Nevada Trust Administrative Account," "Nevada Trust Assets," "Nevada Trust Environmental Cost Account," "Nevada Trustee," and "Nevada Trust Parties," respectively.

2.      The definition of "Savannah Trust Parties" on page 20 of the Settlement Agreement shall be amended to include the Savannah Trust.

3.      The restrictions in Paragraphs 4 and 10(a) on the Multistate Trust's payment of future oversight costs related to Non-Owned Service Stations is deleted.  The Multistate Trust may pay future oversight costs for Non-Owned Service Stations that are recoverable under applicable law through the procedures for payments provided for in the Settlement Agreement and the Multistate Trust Agreement.

4.      The definition of "Owned Service Stations" in Subparagraph 10(f)(xxvii) of the Settlement Agreement shall be amended to also include service stations located in Arkansas, Kentucky, Minnesota, North Dakota, Nebraska, New Mexico, South Dakota, and Virginia.

5.      The definition of "Non-Owned Service Stations" in Subparagraph 10(f)(xxviii) of the Settlement Agreement shall be amended to also include service stations located in Arkansas, Kentucky, Michigan, Minnesota, Mississippi, Missouri, North Dakota, Nebraska, New Mexico, Ohio, South Dakota, and Virginia.

6.      The first sentence of Subparagraph 125(k) of the Settlement Agreement is corrected as follows:

> k.      Dubach Gas Site (Louisiana):      The State of Louisiana shall receive, in addition to the distribution described in Subparagraph 117(l) above, a distribution of **0.0036%** of the Anadarko Litigation Proceeds . . . .

7.      Paragraph 122 is amended to read as follows:

> The Litigation Trust Agreement shall contain appropriate provisions for the distribution by the Anadarko Litigation Trust of an amount equal to the $25,000,000.00 payment referenced in Paragraph 121 at the conclusion of the Anadarko Litigation plus or minus any agreed adjustments, including any amount constituting the payment of interest. Such payment shall be distributed to the Owned and Non-Owned Sites as set forth in Paragraphs 124 and 125.

8.      The definition of "Anadarko Litigation Proceeds" on page 8 of the Settlement Agreement is amended to read as follows:

> "Anadarko Litigation Proceeds" are eighty-eight percent (88%) of the net recovery in the Anadarko Litigation, which net recovery shall be determined by subtracting from the total gross recovery in the Anadarko Litigation (1) all outstanding and anticipated payments to lead counsel of the Anadarko Litigation Trust pursuant to a separate Special Fee Arrangement; (2) all outstanding and anticipated costs and fees of the Anadarko Litigation Trust and Trustee (including but

not limited to attorney's fees and Trustee fees), as set forth in the Anadarko Litigation Trust Agreement; and (3) the amount of the distribution referred to in Paragraph 122, and which shall be allocated to the Governments and the Environmental Response Trusts pursuant to the Plan of Reorganization and this Settlement Agreement.

9.    Other than as expressly set forth in Paragraphs 1 to 8 above, nothing in this First Amendment is intended to modify any other provision of the Settlement Agreement.  All other provisions of the Settlement Agremeent are unchanged.

10.    The signatories for the parties each certify that he or she is authorized to enter into the terms and conditions of this First Amendment and to execute and bind legally such party to this document.

11.    This First Amendment may be executed in counterparts, each of which shall constitute an original, and all of which shall constitute one and the same agreement.

THE UNDERSIGNED PARTIES ENTER INTO THIS FIRST AMENDMENT TO THE
SETTLEMENT AGREEMENT

FOR THE UNITED STATES OF AMERICA

Date: 2/9/11

ROBERT G. DREHER
Acting Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice
Washington, D.C. 20044

Date: 2/11/11

PREET BHARARA
United States Attorney for the
   Southern District of New York

By:

ROBERT WILLIAM YALEN
TOMOKO ONOZAWA
JOSEPH A. PANTOJA
Assistant United States Attorneys
86 Chambers Street
New York, New York 10007
Tel: (212) 637-2722
Fax: (212) 637-2686

Date: 2/10/11

ALAN S. TENENBAUM
National Bankruptcy Coordinator
Environment and Natural Resources Division
U.S. Department of Justice
Washington, D.C. 20044

Date: 2/10/11

FREDERICK PHILLIPS, Attorney
Environment and Natural Resources Division
U.S. Department of Justice
Washington, D.C. 20044

PAGE 5

**FOR THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**

Date: _____1/20/11_____                    By: _____

                                        CYNTHIA GILES
                                        Assistant Administrator for Enforcement
                                             and Compliance Assurance
                                        U.S. Environmental Protection Agency

Date: _____1/19/11_____                    By: _____

                                        CRAIG KAUFMAN
                                        Attorney-Advisor
                                        U.S. Environmental Protection Agency
                                        Ariel Rios Building
                                        1200 Pennsylvania Avenue, NW
                                        Washington, DC 20460

**FOR TRONOX LUXEMBOURG S.ar.L**

Date: _____

By: _____

Michael J. Foster
Attorney-in-Fact

**FOR TRONOX INCORPORATED**

Date: _____

By: _____

Michael J. Foster
Vice President, General Counsel & Secretary

**FOR CIMARRON CORPORATION**

Date: _____

By: _____

Michael J. Foster
Director, Vice President & Secretary

**FOR SOUTHWESTERN REFINING COMPANY, INC.**

Date: _____

By: _____

Michael J. Foster
Director, Vice President & Secretary

**FOR TRANSWORLD DRILLING COMPANY**

Date: _____

By: _____

Michael J. Foster
Director, Vice President & Secretary

**FOR TRIANGLE REFINERIES, INC.**

Date: _____

By: _____
Michael J. Foster
Director, Vice President & Secretary

**FOR TRIPLE S, INC.**

Date: _____

By: _____
Michael J. Foster
Director, Vice President & Secretary

**FOR TRIPLE S ENVIRONMENTAL MANAGEMENT CORPORATION**

Date: _____

By: _____
Michael J. Foster
Director, Vice President & Secretary

**FOR TRIPLE S MINERALS RESOURCES CORPORATION**

Date: _____

By: _____
Michael J. Foster
Director, Vice President & Secretary

**FOR TRIPLE S REFINING CORPORATION**

Date: _____

By: _____
Michael J. Foster
Director, Vice President & Secretary

**FOR TRONOX LLC**

Date: _____

By: _____

Michael J. Foster
Manager, Vice President & Secretary

**FOR TRONOX FINANCE CORP.**

Date: _____

By: _____

Michael J. Foster
Director, Vice President & Secretary

**FOR TRONOX HOLDINGS, INC.**

Date: _____

By: _____

Michael J. Foster
Director
Vice President & Secretary

**FOR TRONOX PIGMENTS (SAVANNAH) INC.**

Date: _____

By: _____

Michael J. Foster
Director, Vice President & Secretary

**FOR TRONOX WORLDWIDE LLC**

Date: _____

By: _____

Michael J. Foster
Manager, Vice President & Secretary

**FOR THE NAVAJO NATION**

Date: _01/27/2011_ _____

Harrison Tsosie, Attorney General
NAVAJO NATION DEPARTMENT OF JUSTICE
P.O. Box 2010
Window Rock, AZ 86515

**FOR THE STATE OF ALABAMA**

LUTHER STRANGE
Attorney General
State of Alabama

By: _____    Date: _February 9, 2011_____
    Thomas L. Johnston (JOH081)
    Assistant Attorney General

By: _____    Date: _February 9, 2011_____
    Antoinette Jones (JON018)
    Assistant Attorney General

**FOR THE STATE OF FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION**

Date: 2/10/11        By: _____

Jonathan H. Alden
Senior Assistant General Counsel
Florida Department of Environmental Protection
3900 Commonwealth Blvd., MS 35
Tallahassee, FL 32399-3000
Telephone: (850) 245-2238
Facsimile: (850) 245-2303
E-mail: jonathan.alden@dep.state.fl.us

**FOR THE STATE OF GEORGIA**

Date: _2/11/2011_

Georgia Environmental Protection
Division

**FOR THE STATE OF IDAHO**

Date: _____          _____

**FOR THE STATE OF ILLINOIS**

PEOPLE OF THE STATE OF ILLINOIS
*ex rel.* LISA MADIGAN
Attorney General of the State of Illinois

MATTHEW J. DUNN, Chief
Environmental Enforcement
Asbestos Litigation Division

BY: _____    BY: _____
    ROSEMARIE CAZEAU, Chief        THOMAS DAVIS, Chief
    Assistant Attorney General        Assistant Attorney General
    Environmental Bureau North        Environmental Bureau South

DATE: 1/24/11 _____    DATE: _____

ILLINOIS ENVIRONMENTAL    ILLINOIS DEPARTMENT OF
PROTECTION AGENCY    NATURAL RESOURCES

DOUGLAS P. SCOTT, Director    MARC MILLER, Director
Illinois Environmental Protection Agency    Illinois Department of Natural
      Resources

BY: _____    BY: _____
    JOHN J. KIM        MITCHELL L. COHEN
    Chief Legal Counsel        Chief Legal Counsel

DATE: 1/28/11 _____    DATE: _____

ILLINOIS EMERGENCY MANAGEMENT AGENCY

JOSEPH KLINGER, Interim Director
Illinois Emergency Management Agency

BY: _____
    JOSEPH KLINGER
    Interim Director

DATE: _____

**FOR THE STATE OF ILLINOIS**

PEOPLE OF THE STATE OF ILLINOIS
*ex rel*. LISA MADIGAN
Attorney General of the State of Illinois

MATTHEW J. DUNN, Chief
Environmental Enforcement
Asbestos Litigation Division

BY: _____

    ROSEMARIE CAZEAU, Chief
    Assistant Attorney General
    Environmental Bureau North

DATE: _____

BY: _____

    THOMAS DAVIS, Chief
    Assistant Attorney General
    Environmental Bureau South

DATE: _____1/28/11_____

ILLINOIS ENVIRONMENTAL
PROTECTION AGENCY

DOUGLAS P. SCOTT, Director
Illinois Environmental Protection Agency

BY: _____

    JOHN J. KIM
    Chief Legal Counsel

DATE: _____

ILLINOIS DEPARTMENT OF
NATURAL RESOURCES

MARC MILLER, Director
Illinois Department of Natural
  Resources

BY: _Mitchell L. Cohen_

    MITCHELL L. COHEN
    Chief Legal Counsel

DATE: _1/28/11_

ILLINOIS EMERGENCY MANAGEMENT AGENCY

JOSEPH KLINGER, Interim Director
Illinois Emergency Management Agency

BY: _Joseph Klinger_

    JOSEPH KLINGER
    Interim Director

DATE: _January 27, 2011_

**Indiana's Signature Page for**
**"FIRST AMENDMENT TO THE**
**CONSENT DECREE AND ENVIRONMENTAL SETTLEMENT AGREEMENT"**
**in the case of Tronox Incorp., US Brc Ct. SD NY Case No. 09-10156 (ALG)**

Indiana Department of
Environmental Management

By: _____
Thomas W. Easterly,
Commissioner


Ind. Dept. of Environmental Mgmt
100 North Senate Avenue
MC 50-01, ICGN 1301
Indianapolis, IN 46204


Date: ___1/27/11___

Gregory F. Zoeller,
Attorney General of Indiana
Atty. No. 1958-98

By: _____
Patricia Orloff Erdmann
Chief Counsel for Litigation
Atty. No. 17664-49A

By: _____
Timothy J. Junk
Dep. Atty. Gen.
Atty. No. 5587-02

Office of the Attorney General
Indiana Government Center South, 5th  Floor
302 West Washington Street
Indianapolis, IN 46204

FOR THE STATE OF IOWA

DATE:

BY: _Wayne Gieselman_
Wayne Gieselman
Division Administrator
Iowa Department of Natural Resources

**FOR THE STATE OF KANSAS**

Date: _____1/27/2011_____          _____

Robert Moser, MD
Acting Secretary
Kansas Department of Health and Environment

First Amendment to the Tronox
Consent Decree & Environmental
Settlement Agreement

PAGE 18

**FOR THE STATE OF LOUISIANA**

**LOUISIANA DEPARTMENT OF
ENVIRONMENTAL QUALITY**
Peggy M. Hatch, Secretary

Date: _11 Feb 2011_          By: _____

Cheryl Sonnier Nolan, Assistant Secretary
Office of Environmental Compliance

**FOR THE MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL**
      **PROTECTION**

MASSACHUSETTS DEPARTMENT OF
ENVIRONMENTAL PROTECTION
By its attorney,

MARTHA COAKLEY,
ATTORNEY GENERAL

Date: _1/31/11_    By: _____

Carol Iancu, MA BBO # 635626
Assistant Attorney General
Environmental Protection Division
Massachusetts Office of the Attorney
    General
One Ashburton Place, 18th Floor
Boston, MA 02108
(617) 963-2428
carol.iancu@state.ma.us

**FOR THE STATE OF MISSISSIPPI**

MISSISSIPPI COMMISSION ON
ENVIRONMENTAL QUALITY

Date: 1/31/11                     By

Trudy D. Fisher
Executive Director
Mississipi Department of Environmental
Quality
P.O. Box 2261
Jackson, Mississippi 39225

**FOR THE STATE OF MISSOURI**

Date: 1/25/11

CHRIS KOSTER
Attorney General for the State of Missouri

JOHN K. MCMANUS
Chief Counsel
Agriculture and Environment Division
P.O. Box 899
Jefferson City, Missouri 65102
Tel.: 573-751-8370
Fax: 573-781-8796
Email: jack.mcmanus@ago.mo.gov

Date: 1/25/11

Leanne Tippett Mosby
Director
Division of Environmental Quality
Missouri Department of Natural Resources
P.O. Box 176
Jefferson City, Missouri 65102

PAGE 22

**FOR THE STATE OF NEVADA**

NEVADA DEPARTMENT OF CONSERVATION
    AND NATURAL RESOURCES,
    DIVISION OF ENVIRONMENTAL
    PROTECTION

Date: _____2/11/11_____     By: _____

COLLEEN CRIPPS, Ph.D.
Administrator

Approved as to form:

CATHERINE CORTEZ MASTO
Attorney General

Date: _2. 11. 11_     By: _____

CAROLYN E. TANNER
Deputy Attorney General

**FOR THE STATE OF NEW JERSEY**

PAULA T. DOW
Attorney General of New Jersey

Date: January 24, 2011    By:    _____

Richard F. Engel
Deputy Attorney General
Richard J. Hughes Justice Complex
25 Market Street
P.O. Box 093
Trenton, NJ  08625-0093
Tel.: (609) 984-4863
Fax: (609) 341-5030

PAGE 24

**FOR THE STATE OF NEW YORK**

ERIC T. SCHNEIDERMAN

Date:  January 27, 2011

By: *Linda E. White*
Linda E. White
Assistant Attorney General
Office of the New York State
Attorney General
Main Place Tower, Ste. 300A
350 Main Street
Buffalo, New York 14202
Tel: (716) 853-8466
Fax: (716) 853-8571

PAGE 25

**FOR THE STATE OF NORTH CAROLINA**

Date: _1-28-11_

Dexter R. Matthews
Director, Division of Waste
Management
Department of Environment and
Natural Resources

**FOR THE STATE OF OHIO**

Date: _10 Feb 11_ _____        _Dale T. Vitale_ _____
                                         Dale T. Vitale
                                         Assistant Attorney General
                                         Ohio Attorney General's Office
                                         Environmental Enforcement Section
                                         30 East Broad Street, 25th Floor
                                         Columbus, OH 43215
                                         Telephone: (614) 466-2766
                                         Facsimile: (614) 644-1926
                                         E-mail:
                                         dale.vitale@ohioattorneygeneral.gov

**FOR THE STATE OF OKLAHOMA**

Date: _2 - 10 - 11_      _Gary L. Sherrer_
                                             GARY SHERRER
                                             OKLAHOMA SECRETARY OF THE
                                             ENVIRONMENT

Date: _____      _____
                                             STEVEN A. THOMPSON
                                           EXECUTIVE DIRECTOR
                                           OKLAHOMA DEPARTMENT OF
                                               ENVIRONMENTAL QUALITY

**FOR THE STATE OF OKLAHOMA**

Date: _____          _____

GARY SHERRER
OKLAHOMA SECRETARY OF THE
    ENVIRONMENT

Date:   2 - 11 - 2011          _____

STEVEN A. THOMPSON
EXECUTIVE DIRECTOR
OKLAHOMA DEPARTMENT OF
    ENVIRONMENTAL QUALITY

**FOR THE COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF ENVIRONMENTAL PROTECTION**

Date: _1/26/2011_          _Thomas M Thompson_
                            Thomas M. Thompson, P.G.
                            Professional Geologist Manager
                            Environmental Cleanup Program

**FOR THE STATE OF TENNESSEE**

Date: _2/9/11_

Robert J. Martineau, Jr.
Commissioner
Dept. of Environment and Conservation

**FOR THE STATE OF TEXAS**

Date: _2 - 1 - 2011_

MARK R. VICKERY
TCEQ Executive Director

**FOR THE STATE OF TEXAS NATURAL RESOURCE DAMAGE TRUSTEES**

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

BILL COBB
Deputy Attorney General for Civil Litigation

BARBARA B. DEANE
Chief, Environmental Protection and Administrative Law Division

DAVID PREISTER
Chief, Environmental Protection Section

Date: 2/9/11                         By: _____
                                          SARAH J. UTLEY
                                          Assistant Attorney General
                                          State Bar No. 24042075

**FOR THE STATE OF WISCONSIN**

CATHY STEPP
Secretary

Date: 2/10/11

MATT MORONEY
Deputy Secretary
Wisconsin Department of Natural Resources

Approved as to form:

J.B. VAN HOLLEN
Attorney General

Date: 2/10/11

ANNE C. MURPHY
Assistant Attorney General
State Bar # 1031600
Attorneys for the State of Wisconsin

**USA DRAFT – 1/14/2011 2 PM**
**PRIVILEGED & CONFIDENTIAL**

**FOR THE CITY OF WARRENVILLE, ILLINOIS**

Date: _JAN. 18, 2011_ _____

David L. Brummel
Mayor

**PAGE 34**

USA DRAFT – 1/14/2011 2 PM
PRIVILEGED & CONFIDENTIAL

FOR THE CITY OF WEST CHICAGO, ILLINOIS

Date: _____1/19/11_____                    _____
                                           Michael B. Kwasman
                                           Mayor

**FOR THE FOREST PRESERVE DISTRICT OF DUPAGE COUNTY, ILLINOIS**

Date: 1/24/ 2011

D. "Dewey" Pierotti, Jr.
President

ATTEST:    1/24/2011
Date:

Flo E. Orlik
Assistant Secretary

**FOR THE COUNTY OF DUPAGE, ILLINOIS**

Date: ____1/26/11____

Dan Cronin
Chairman

**FOR THE CITY OF CHICAGO, ILLINOIS**

Date:  _1/27/11_                    By: _____

                                                    SUZANNE MALEC-MCKENNA
                                                    Commissioner
                                                    Department of Environment


Date:  _Jan. 26, 2011_             By: _Mara S. Georges / MPA_

                                                    MARA S. GEORGES
                                                    Corporation Counsel
                                                    Department of Law

**FOR THE CHICAGO PARK DISTRICT, ILLINOIS**

Date: _____1|31|11_____      ~~Maria H. Garcia~~

Maria G. Garcia
Chief Legal Counsel

**FOR THE MULTISTATE TRUSTEE**

Date: 2/9/2011

Greenfield Environmental Multistate Trust LLC
Not Individually But Solely In Its Representative
    Capacity
As Trustee for the Multistate Environmental
    Response Trust
By:  Greenfield Environmental Trust Group, Inc.,
    Member
By:  Cynthia Brooks, President

**FOR THE SAVANNAH TRUSTEE**

Date: 2/9/2011

Greenfield Environmental Savannah Trust LLC
Not Individually But Solely In Its Representative
    Capacity
As Trustee for the Savannah Environmental
    Response Trust
By: Greenfield Environmental Trust Group, Inc.,
    Member
By: Cynthia Brooks, President

**FOR THE WEST CHICAGO TRUSTEE**

WESTON SOLUTIONS, INC.,
NOT INDIVIDUALY BUT SOLELY
IN ITS REPRESENTATIVE CAPACITY AS
TRUSTEE OF THE WEST CHICAGO
ENVIRONMENTAL RESPONSE TRUST

Date: _8 FEB 11_                    By: _____
                                         Kurt S. Stimpson
                                         Senior Vice President

**FOR THE CIMARRON TRUSTEE**

>The Cimarron Custodial Trustee By and through
>Environmental Properties Management, LLC, not
>individually but solely in the representative capacity
>as Trustee of the Cimarron Environmental Response
>Trust

Date:  February 9, 2011          By:  _____

>Stephen M. Linnemann, P.E,
>    not individually but solely in the representative
>    capacity as President of the Trustee
>    of the Custodial Trust

**FOR THE NEVADA TRUSTEE**

The Nevada Trustee
By and through Le Petomane XXVII, Inc., not
individually but solely in the representative capacity
as Trustee of the Nevada Environmental Response
Trust

Date: 2/9/11

By: _Jay A. Steinberg_    *as President and not individually*

Jay A. Steinberg, not individually but
solely in the representative capacity
as President of the Trustee of the Nevada
Environmental Response Trust

PAGE 44