KEATING MUETHING & KLEKAMP PLL
One East Fourth Street, Suite 1400
Cincinnati, OH  45202
Telephone:         (513) 579-6400
Facsimile:         (513) 579-6457
Jason V. Stitt, Esq. (admitted pro hac vice)
*Counsel for Garretson Resolution Group*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| TRONOX INCORPORATED, *et al.*, | ) | Case No. 09-10156 (ALG) |
| Debtors. | ) | Jointly Administered |

**ANNUAL REPORT OF THE TRONOX INCORPORATED TORT CLAIMS TRUST**

Garretson Resolution Group ("GRG"), the Tort Claims Trustee of the Tronox Incorporated Tort Claims Trust (the "Trust"), submits this Annual Report for the fiscal year commencing January 1, 2012 (the "Annual Report").

The Annual Report is filed in compliance with Section 3.7(c) of the Tronox Incorporated Tort Claims Trust Agreement (the "Trust Agreement"). Section 3.7(c) of the Trust Agreement requires the Trust to file an Annual Report, which includes a budget and cash flow projections for the current fiscal year and the succeeding four years.

The Trust's Income Statement showing its projections for 2012 and the succeeding four years is attached hereto as Exhibit A. The Trust's Balance Sheet showing its projections for 2012 and the succeeding four years is attached hereto as Exhibit B. The Trust's Cash Flow Statement showing its projections for 2012 and the succeeding four years is attached hereto as Exhibit C.

- 2 -

Respectfully submitted,

*/s/ Jason V. Stitt*
Jason V. Stitt (0078513)
Keating Muething & Klekamp PLL
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202
Telephone:    (513) 639-3964
Facsimile:     (513) 579-6457
jstitt@kmklaw.com
*Counsel for Garretson Resolution Group*

4319102.1

- 2 -

# EXHIBIT A

**Tronox Incorporated Tort Claims Trust**
**Income Statement**
*As of 12/31/2011*

|  | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---:|---:|---:|---:|---:|---:|
| **Income** | | | | | | |
| Dividend Income | 2,913 | 1,500 | | | | |
| Funding Income | 17,578,750 | | | | | |
| Interest Income | 2,775 | 1,400 | | | | |
| Long Term Divid Cap Gains | 194 | | | | | |
| Short Term Divid Cap Gains | 170 | | | | | |
| **Total Income** | 17,584,801 | 2,900 | - | - | - | - |
| | | | | | | |
| **Gross Profit** | 17,584,801 | 2,900 | - | - | - | - |
| | | | | | | |
| **Expense** | | | | | | |
| Administrative Costs | 93,853 | 70,430 | 67,037 | 52,468 | 13,750 | 25,290 |
| Attorney Expenses | 3,000,000 | 1,974,614 | | | | |
| Attorney Fees | - | 2,318,972 | | | | |
| Claimant Disbursements | - | 4,397,370 | - | - | 629,139 | - |
| [1] GRG Administration Fees | 1,254,980 | 795,560 | - | - | 15,620 | - |
| Professional Fees - Accounting | 950 | 6,500 | 6,700 | 6,900 | 7,100 | 7,300 |
| Professional Fees - Legal Fees | 439,127 | 350,000 | 300,000 | 200,000 | 200,000 | 200,000 |
| TAC fees | 73,540 | 36,000 | 36,000 | 36,000 | 36,000 | 36,000 |
| Trust Insurance Premium | 132,200 | 132,200 | 132,200 | 132,200 | 132,200 | 132,200 |
| **Total Costs, expenses and fees** | 4,994,650 | 10,081,647 | 541,937 | 427,568 | 1,033,809 | 400,790 |
| | | | | | | |
| **Net Income** | 12,590,151 | (10,078,747) | (541,937) | (427,568) | (1,033,809) | (400,790) |

Footnotes:

[1] Garretson Resolution Group administrative fees for lien verification and resolution are not reflected in the budget for any years represented. The Trust is seeking a deferral of health care lien verification and resolution until the Anadarko Litigation settles or results in a verdict. If GRG is successful in obtaining a deferral, the fees would be deferred until the conclusion of the Anadarko Litigation.

# EXHIBIT B

09-10156-mew   Doc 2956   Filed 04/12/12   Entered 04/12/12 08:26:16   Main Document
Pg 6 of 8

# Tronox Incorporated Tort Claims Trust
## Balance Sheet
*As of 12/31/2011*

|  | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Total Checking/Savings | 12,639,716.89 | **2,511,404.29** | **1,969,466.93** | **1,541,898.93** | **508,090.00** | **107,300.00** |
| Accounts Receivable | 13,541.31 | - | | | | |
| Total Current Assets | 12,653,258.20 | 2,511,404.29 | 1,969,466.93 | 1,541,898.93 | 508,090.00 | 107,300.00 |
| **TOTAL ASSETS** | **12,653,258.20** | **2,511,404.29** | **1,969,466.93** | **1,541,898.93** | **508,090.00** | **107,300.00** |
| **LIABILITIES & EQUITY** | | | | | | |
| Liabilities | | | | | | |
| Current Liabilities | | | | | | |
| Total Accounts Payable | 63,107.17 | - | - | - | - | - |
| Total Current Liabilities | 63,107.17 | - | - | - | - | - |
| **Total Liabilities** | **63,107.17** | **-** | **-** | **-** | **-** | **-** |
| Equity | | | | | | |
| Net Income | 12,590,151.03 | (10,078,746.74) | (541,937.36) | (427,568.00) | (1,033,808.93) | (400,790.00) |
| **Total Equity** | **12,590,151.03** | **2,511,404.29** | **1,969,466.93** | **1,541,898.93** | **508,090.00** | **107,300.00** |
| **TOTAL LIABILITIES & EQUITY** | **12,653,258.20** | **2,511,404.29** | **1,969,466.93** | **1,541,898.93** | **508,090.00** | **107,300.00** |

# EXHIBIT C

**Tronox Incorporated Tort Claims Trust**
**Cash Flow Statement**
*As of 12/31/2011*

|  | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|
| **Cash Flows from Operating Activities** | | | | | | |
| Net Income | 12,590,151 | (10,078,747) | (541,937) | (427,568) | (1,033,809) | (400,790) |
| Increase (decrease) in Current Liabilites | 63,107 | (63,107.17) | - | - | - | - |
| **Cash Flows from Operating Activities** | **12,653,258** | **(10,141,854)** | **(541,937)** | **(427,568)** | **(1,033,809)** | **(400,790)** |
| | | | | | | |
| **Cash Flows from Investing Activities** | | | | | | |
| Cash Funding Income | 17,578,750 | - | - | - | - | - |
| Dividends, Interest, Short-term and Long-term Capital Gains | 6,051 | 2,900.00 | - | - | - | - |
| Cash Invested | (17,584,801) | (2,900.00) | - | - | - | - |
| **Cash Flow from Investing Activities** | **-** | **-** | **-** | **-** | **-** | **-** |
| | | | | | | |
| **Total Cash flow derived from Trust** | **12,653,258** | **(10,141,854)** | **(541,937)** | **(427,568)** | **(1,033,809)** | **(400,790)** |
| | | | | | | |
| **Beginning Cash** | **-** | **12,653,258** | **2,511,404** | **1,969,467** | **1,541,899** | **508,090** |
| | | | | | | |
| **Cash at end of year** | **12,653,258** | **2,511,404** | **1,969,467** | **1,541,899** | **508,090** | **107,300** |