Melanie Gray (*admitted pro hac vice*)     Richard A. Rothman (RR 0507)
Lydia Protopapas (LP 8089)     Bruce S. Meyer (BM 3506)
Jason W. Billeck (*admitted pro hac vice*)     WEIL, GOTSHAL & MANGES LLP
WEIL, GOTSHAL & MANGES LLP     767 Fifth Avenue
700 Louisiana, Suite 1600     New York, New York 10153
Houston, Texas 77002     Telephone:  (212) 310-8000
Telephone:  (713) 546-5000     Facsimile:  (212) 310-8007
Facsimile:  (713) 224-9511

James J. Dragna (*admitted pro hac vice*)     Thomas R. Lotterman (*admitted pro hac vice*)
BINGHAM MCCUTCHEN LLP     Duke K. McCall, III (*admitted pro hac vice*)
355 South Grand Avenue, Suite 4400     BINGHAM MCCUTCHEN LLP
Los Angeles, California 90071     2020 K Street, NW
Telephone:  (213) 680-6400     Washington, DC 20006
Facsimile:  (213) 680-6499     Telephone:  (202) 373-6000
    Facsimile:  (202) 373-6001

Kenneth N. Klee (KK 5910)
David M. Stern *(admitted pro hac vice)*
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067
Telephone: (310) 407-4000
Facsimile:  (310) 407-9090
*Counsel to Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| TRONOX INCORPORATED, *et al.*, | Case No. 09-10156 (ALG) |
| Debtors. | Jointly Administered |
| TRONOX INCORPORATED, TRONOX WORLDWIDE LLC f/k/a Kerr-McGee Chemical Worldwide LLC, and TRONOX LLC f/k/a Kerr-McGee Chemical LLC,[1] | |
| Plaintiffs, | |

---

[1] Pursuant to the Anadarko Litigation Trust Agreement, which was approved by the Court on February 14, 2011 (Dkt. No. 2812), the Anadarko Litigation Trust was appointed as the representative of each of the Plaintiff Debtors' estates, as that term is used in section 1123(b)(3)(B) of the United States Code (the "Bankruptcy Code"), with the power and right to prosecute this matter.  By the same agreement and Order, the Anadarko Litigation Trust was "deemed substituted" for the Debtor Plaintiffs in this matter "as the party in such litigation."

|  |  |  |
|---|---|---|
| v. | ) ) ) | Adversary Proceeding No. 09-01198 (ALG) |
| KERR-MCGEE CORPORATION, *et al*., | ) ) ) ) ) | |
| Defendants. | ) ) | |
| THE UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff-Intervenor, | ) ) | |
| v. | ) ) ) | |
| TRONOX, INC., TRONOX WORLDWIDE LLC, TRONOX LLC AND KERR-McGEE CORPORATION, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF WITHDRAWAL, WITHOUT PREJUDICE, OF
THE ANADARKO DEFENDANTS' MOTION TO ENFORCE THE
CONFIRMATION ORDER AND ENJOIN MOUNT CANAAN'S PURSUIT
OF FRAUDULENT CONVEYANCE CLAIMS IN ALABAMA STATE COURT**

**PLEASE TAKE NOTICE** that Anadarko Petroleum Corporation and Kerr-McGee

Corporation (together, the "Anadarko Defendants") hereby withdraws their Motion to Enforce

the Confirmation Order and Enjoin Mount Canaan's Pursuit of Fraudulent Conveyance Claims in

Alabama State Court, filed with the Court on November 16, 2012 (the "Motion").

The parties to the Alabama State Court Action have agreed, in principle, to a resolution

of the issues that gave rise to the Motion.  Accordingly, the Anadarko Defendants withdraw their

Motion without prejudice and reserve the right to renew their motion at a later date, if necessary.

Dated: December 7, 2012                          Respectfully submitted,

| | |
|---|---|
| Melanie Gray (*admitted pro hac vice*) | /s/  Duke K. McCall, III |
| Lydia Protopapas (LP 8089) | Thomas R. Lotterman (*admitted pro hac vice*) |
| Jason W. Billeck (*admitted pro hac vice*) | Duke K. McCall, III (*admitted pro hac vice*) |
| WEIL, GOTSHAL & MANGES LLP | BINGHAM MCCUTCHEN LLP |
| 700 Louisiana, Suite 1600 | 2020 K Street, NW |
| Houston, Texas  77002 | Washington, DC 20006 |
| Telephone:  (713) 546-5000 | Telephone:  (202) 373-6000 |
| Facsimile:  (713) 224-9511 | Facsimile:  (202) 373-6001 |
| | |
| Richard A. Rothman (RR 0507) | James J. Dragna (*admitted pro hac vice*) |
| Bruce S. Meyer (BM 3506) | BINGHAM MCCUTCHEN LLP |
| WEIL, GOTSHAL & MANGES LLP | 355 South Grand Avenue, Suite 4400 |
| 767 Fifth Avenue | Los Angeles, California  90071 |
| New York, New York 10153 | Telephone:  (213) 680-6400 |
| Telephone:  (212) 310-8000 | Facsimile:  (213) 680-6499 |
| Facsimile:  (212) 310-8007 | |
| | Kenneth N. Klee (KK 5910) |
| | David M. Stern *(admitted pro hac vice)* |
| | KLEE, TUCHIN, BOGDANOFF & STERN LLP |
| | 1999 Avenue of the Stars, 39th Floor |
| | Los Angeles, California 90067 |
| | Telephone: (310) 407-4000 |
| | Facsimile: (310) 407-9090 |
| | |
| | *Counsel to Defendants* |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 7, 2012, a true and correct copy of the foregoing was served on the following counsel of record by ECF and/or as indicated below:

**Via email jeffrey.zeiger@kirkland.com and jzeiger@kirkland.com**

Jeffrey J. Zeiger
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654

**Via email joseph.pantoja@usdoj.gov**

Joseph A. Pantoja
Assistant United States Attorney
86 Chambers Street
New York, NY 10007

**Via first class mail**

Dennis G. Pantazis
Brian M. Clark
Craig L. Lowell
Wiggins, Childs, Quinn & Pantazis, L.L.C.
301 19th Street, North
Birmingham, Alabama 35203

**Via first class mail**

Lanny S. Vines
Michael Allsup
Lanny Vines & Associates
2142 Highland Avenue South
Birmingham, Alabama 35205-4002

**Via first class mail**

Kerry McInerney
Beth Liles
Sirote & Permutt
P.O. Box 55727
Birmingham, Alabama 35255

*/s/* Duke K. McCall, III