**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>TRONOX INCORPORATED, *et al.*,<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 09-10156 (ALG)<br><br>Jointly Administered |
| TRONOX INCORPORATED, TRONOX WORLDWIDE LLC f/k/a Kerr-McGee Chemical Worldwide LLC, and TRONOX LLC f/k/a Kerr-McGee Chemical LLC,<br><br>Plaintiffs,<br>v.<br><br>KERR-MCGEE CORPORATION, KERR-MCGEE OIL & GAS CORPORATION, KERR-MCGEE WORLDWIDE CORPORATION, KERR-MCGEE INVESTMENT CORPORATION, KERR-MCGEE CREDIT LLC, KERR-MCGEE SHARED SERVICES COMPANY LLC, AND KERR-MCGEE STORED POWER COMPANY LLC,<br><br>Defendants. | Adv. Pro. No. 09-01198 (ALG) |
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff-Intervenor,<br>v.<br><br>TRONOX, INC., TRONOX WORLDWIDE LLC, TRONOX LLC, KERR-MCGEE CORPORATION and ANADARKO PETROLEUM CORPORATION,<br><br>Defendants. | |

**DECLARATION OF PUBLICATION**
**OF NOTICE OF SETTLEMENT AGREEMENT AND 9019 MOTION**

1. I, Christopher D. Tucker, am over the age of eighteen and otherwise competent to testify to the matters herein, about which I have personal knowledge.

2. I am employed as a Senior Managing Director of FTI Consulting, Inc.

3. At the direction of Anadarko Petroleum Corporation, my staff and I contacted 86 newspapers and periodicals to arrange for publication of notice of the proposed Settlement Agreement and 9019 Motion in the Tronox Adversary Proceeding, styled "Notice of May 15, 2014 Deadline for Filing Objections to Tronox/Kerr-McGee Settlement Agreement" (the "Notice"). We contacted both local and national publications.

4. For all daily newspapers except one, FTI arranged for the notice to appear daily for fourteen consecutive days. The one exception was the national edition of *The Wall Street Journal*, where the notice ran every other day during the 14-day period.

5. For newspapers or periodicals that publish less frequently than daily, FTI arranged for the notice to be published as often as possible during the 14-day period.

6. The notices ran for more than 800 days in total.

7. FTI received affidavits from all 86 newspapers that the notice had been advertised as requested. FTI also received copies of the notices as published.

8. This Declaration of Publication includes and incorporates by reference herein the sworn statements verifying that the Notice was published and copies of the notices, as follows:

1. *Aiken Standard*, South Carolina from April 15-28, 2014, attached as Exhibit 1;
2. *Arizona Republic*, Arizona from April 18, 2014 to May 1, 2014, attached as Exhibit 2;

3. *The Albuquerque Journal*, New Mexico from April 19, 2014 to May 2, 2014, attached as Exhibit 3;
4. *The Atlanta Journal-Constitution*, Georgia from April 18, 2014 to May 1, 2014, attached as Exhibit 4;
5. *The Baltimore Sun*, Maryland from April 17, 2014 to May 1, 2014, attached as Exhibit 5;
6. *The Beaumont Enterprise*, Texas from April 18, 2014 to May 1, 2014, attached as Exhibit 6;
7. *Birmingham News*, Alabama on April 20, 2014, April 23, 2014, April, 25, 2014, April 27, 2014, April 30, 2014, and May 2, 2014, attached as Exhibit 7;
8. *The Bogalusa Daily News*, Louisiana on April 16, 2014, April 18, 2014, April 20, 2014, April 23, 2014, April 25, 2014, and April 27, 2014, attached as Exhibit 8;
9. *The Bossier Press Tribune*, Louisiana on April 28, 2014, April 30, 2014, May 2, 2014, May 7, 2014, May 5, 2014, May 9, 2014, attached as Exhibit 9;
10. *The Brunswick News*, Georgia from April 18, 2014 to May 1, 2014, attached as Exhibit 10;
11. *The Cape Cod Times*, Massachusetts from April 23, 2014 to May 6, 2014, attached as Exhibit 11;
12. *The Caribou County Sun*, Idaho on April 17, 2014 and April 24, 2014, attached as Exhibit 12;
13. *The Charlotte Observer*, North Carolina from April 17-30, 2014, attached as Exhibit 13;

14. *The Chicago Sun-Times*, Illinois from April 13-26, 2014, attached as Exhibit 14;
15. *Chicago Tribune*, Illinois from April 17, 2014 to May 1, 2014, attached as Exhibit 15;
16. *The Clarion-Ledger*, Mississippi from April 20-25, 2014, April 27, 2014 to May 2, 2014, and May 4, 2014, attached as Exhibit 16;
17. *Cleveland American*, Oklahoma on April 16, 2014 and April 23, 2014, attached as Exhibit 17;
18. *Commercial Dispatch*, Mississippi from April 20, 2014 to May 3, 2014, attached as Exhibit 18;
19. *Corpus Christi Caller-Times*, Texas from April 5, 2014 to May 4, 2014, attached as Exhibit 19;
20. *Courier-Journal*, Kentucky from April 25-27, 2014, April 30, 2014, May 2-5, 2014, and May 7, 2014, attached as Exhibit 20;
21. *Cushing Citizen*, Oklahoma on April 16, 2014, April 19, 2014, April 23, 2014, and April 26, 2014, attached as Exhibit 21;
22. *Daily Breeze*, California from April 20, 2014 to May 3, 2014, attached as Exhibit 22;
23. *Daily Herald*, Illinois from April 16-29, 2014, attached as Exhibit 23;
24. *The Independent*, Kentucky from April 14-27, 2014, attached as Exhibit 24;
25. *The Daily Tribune News*, Georgia from April 17-20, 2014, April 22-27, 2014, and April 29, 2014 to May 2, 2014, attached as Exhibit 25;
26. *The Denver Post*, Colorado from April 13-26, 2014, attached as Exhibit 26;

27. *Duluth News-Tribune*, Minnesota from April 16-29, 2014, attached as Exhibit 27;

28. *Edwardsville Intelligencer*, Illinois from April 15-28, 2014, attached as Exhibit 28;

29. *El Dorado News-Times*, Arkansas from April 16-29, 2014, attached as Exhibit 29;

30. *The Florida Times-Union* from April 18, 2014 to May 1, 2014, attached as Exhibit 30;

31. *Hattiesburg American*, Mississippi from April 16-20, 2014, April 23-27, 2014, and April 30, 2014 to May 3, 2014, attached as Exhibit 31;

32. *Herald-Times*, Indiana from April 16-29, 2014, attached as Exhibit 32;

33. *Henderson Daily News*, Texas from April 22, 2014 to May 6, 2014, attached as Exhibit 33;

34. *Houston Chronicle*, Texas from April 16-29, 2014, attached as Exhibit 34;

35. *The Indianapolis Recorder*, Indiana on April 18, 2014 and April 25, 2014, attached as Exhibit 35;

36. *The Jersey Journal*, New Jersey from April 21-26, 2014 and April 28, 2014 to May 3, 2014, attached as Exhibit 36;

37. *The Kansas City Star*, Missouri from April 17-30, 2014, attached as Exhibit 37;

38. *Daily News*, Los Angeles, California from April 29, 2014 to May 12, 2014, attached as Exhibit 38;

39. *Las Vegas Review-Journal* and/or *Las Vegas Sun*, Nevada from April 19, 2014 to May 2, 2014, attached as Exhibit 39;
40. *Las Vegas Weekly*, Nevada on April 17, 2014 and April 24, 2014, attached as Exhibit 40;
41. *Los Angeles Times*, California from April 17, 2014 to May 1, 2014, attached as Exhibit 41;
42. *Manville News*, New Jersey on April 17, 2014 and April 24, 2014, attached as Exhibit 42;
43. *Marion Daily Republican*, Illinois from April 17-30, 2014, attached as Exhibit 43;
44. *The Meridian Star*, Mississippi from April 16-19, 2014, April 22-26, 2014 and April 29, 2014 to May 3, 2014, attached as Exhibit 44;
45. *Milwaukee Journal Sentinel*, Wisconsin from April 13-26, 2014, attached as Exhibit 45;
46. *Press-Register*, Alabama on April 20, 2014, April 23, 2014, April 25, 2014, April 27, 2014, April 30, 2014, May 2, 2014, attached as Exhibit 46;
47. *The Monroe Journal*, Mississippi on April 30, 2014 and May 7, 2014, attached as Exhibit 47;
48. *Mt. Vernon News*, Illinois from April 15-26, 2014, attached as Exhibit 48;
49. *Navajo-Hopi Observer*, Arizona on April 16, 2014 and April 23, 2014, attached as Exhibit 49;
50. *The New York Times* from April 19, 2014 to May 1, 2014, attached as Exhibit 50;

51. *Northwest Florida Daily News* from April 20, 2014 to May 3, 2014, attached as Exhibit 51;
52. *The Oklahoman* from April 20, 2014 to May 3, 2014, attached as Exhibit 52;
53. *The Oneida Daily Dispatch*, New York three times in each week from April 17-29, 2014, attached as Exhibit 53;
54. *The Orange County Register*, California from April 18, 2014 to May 1, 2014, attached as Exhibit 54;
55. *The Ouachita Citizen*, Louisiana on April 17, 2014 and April 24, 2014, attached as Exhibit 55;
56. *Reno Gazette-Journal*, Nevada from April 18, 2014 to May 2, 2014, attached as Exhibit 56;
57. *The Rome Observer*, New York on April 17, 2014 and April 24, 2014, attached as Exhibit 57;
58. *Daily Sentinel*, New York from April 17-19, 2014, April 21-26, 2014, and April, 28-30, 2014, attached as Exhibit 58;
59. *San Bernardino County Sun*, California from April 18, 2014 to May 1, 2014, attached as Exhibit 59;
60. *The San Diego Union-Tribune*, California from April 18, 2014 to May 1, 2014, attached as Exhibit 60;
61. *San Francisco Chronicle*, California from April 17-30, 2014, attached as Exhibit 61;
62. *Savannah Morning News*, Georgia from April 18, 2014 to May 1, 2014, attached as Exhibit 62;

63. *The Scranton Times*, Pennsylvania from April 16-25, 2014, attached as Exhibit 63;
64. *The Argus Leader*, South Dakota from April 17-30, 2014, attached as Exhibit 64;
65. *News-Leader*, Missouri from April 17-30, 2014, attached as Exhibit 65;
66. *St. Louis Post-Dispatch*, Missouri from April 17-30, 2014, attached as Exhibit 66;
67. *Star Democrat*, Maryland on April 20, 2014, attached as Exhibit 67;
68. *Star-Ledger*, New Jersey from April 18, 2014 to May 2, 2014, attached as Exhibit 68;
69. *Sullivan County Democrat*, New York on April 18, 2014, April 22, 2014, April 25, 2014, April 29, 2014, attached as Exhibit 69;
70. *Tampa Bay Times*, Florida from April 20, 2014 to May 3, 2014, attached as Exhibit 70;
71. *Texarkana Gazette*, Texas from April 18, 2014 to May 1, 2014, attached as Exhibit 71;
72. *Tifton Gazette*, Georgia on April 18, 2014 and April 25, 2014, attached as Exhibit 72;
73. *The Times-Picayune*, Louisiana on May 2, 2014, attached as Exhibit 73;
74. *The Toledo Blade*, Ohio from April 16-29, 2014, attached as Exhibit 74;
75. *The Tri-Town News*, New York on April 17, 2014 and April 24, 2014, attached as Exhibit 75;

76. *Tulsa World*, Oklahoma from April 18, 2014 to May 1, 2014, attached as Exhibit 76;
77. *USA Today* from April 17-18, 2014, April 21-25, 2014, April 28, 2014 to May 2, 2014, and May 5-6, 2014, attached as Exhibit 77;
78. *The Wall Street Journal* on April 16, 2014, April 18, 2014, April 21, 2014, April 23, 2014, April 25, 2014, April 28, 2014, and April 30, 2014, attached as Exhibit 78;
79. *The Washington Post* from April 19-30, 2014, attached as Exhibit 79;
80. *The Wilmington Journal*, North Carolina on April 24, 2014 and May 1, 2014, attached as Exhibit 80;
81. *The Star-News*, North Carolina from April 16-29, 2014, attached as Exhibit 81;
82. *Courier News*, New Jersey from April 19, 2014 to May 2, 2014, attached as Exhibit 82;
83. *Lake County Examiner*, Oregon on April 16, 2014 and April 23, 2014, attached as Exhibit 83;
84. *The News-Star*, Louisiana from April 17-30, 2014, attached as Exhibit 84;
85. *Hugo News*, Oklahoma on April 18, 2014, April 22, 2014, April 25, 2014, and April 29, 2014, attached as Exhibit 85;
86. *Hanover Mariner*, Massachusetts on April 16, 2014 and April 23, 2014, attached as Exhibit 86.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 21, 2014

Christopher D. Tucker