Honorable Judge:  
Michael E. Wiles  
One Bowling Green  
New York, N.Y. 10004-1400  

C/O: Minister Belinda Morris  
Community Advocate  
P. O. Box 8856  
Columbus, MS 39705  

Greetings **Honorable Judge Michael E. Wiles**

I come to you, your Honor by the request of the people of the City of Columbus, County of Lowndes and the State of Mississippi. We are hereby requesting your immediate attention, concerning your ruling in the **GARRETSON FUND GROUP BANKRUPTCY SETTLEMENT TRUST**, In which you **Honorable Judge Michael E. Wiles** ordered on or about June 25, 2019. In which provided 2 billion in gross settlement award across dozens of mass TORT CLAIMS in multiple affected sites and states. **Honorable Judge Michael E. Wiles**, we the people of the City of Columbus, County of Lowndes and the State of Mississippi feel compelled to write this immediate request for your mighty hand of ASSISTANCE in receiving justice in the form of monetary settlement against: **GARRETSON RESOLUTION GROUP, INC. as TRONOX INCORPORATED TORT CLAIMS TRUSTEE.**

**Honorable Judge Michael E. Wiles**, there has been a very heavy harded deliberate attempt to deceive, to mislead and to outright deny the people here in the City of Columbus, County of Lowndes, State of Mississippi of any award settlement. This is why we the citizens of the City of Columbus, County of Lowndes, State of Mississippi out of shear desperation is desperately seeking your immediate attention. **Honorable Judge Michael E. Wiles**, we want you to know many of us have in our possession award letters from, ONE **GARRETSON RESOLUTION GROUP, INC. as TRONOX INCORPORATED TORT CLAIMS TRUSTEE, 6281 TRI-BRIDGE BOULEVARD, SUITE 300 LOVELAND, OH 45120**, indicating an award settlement. But to date, these letters are just empty words on paper. We have been told it could be another 7 to 10 years before we could receive some form of payment. In addition to these facts, **Honorable Judge Michael E. Wiles**, others have been told that this could take an additional 3 to 7 years. **Honorable Judge Michael E. Wiles**, we have the worse case ever of distortion, meanwhile many of the citizens are dying awaiting some form of justice. Therefore we the citizens of the City of Columbus, County of Lowndes and the State of Mississippi come seeking your mighty hand of justice to aide us in this grave injustice, Your Honor, any justice, help or direction your Honor can give and to assist us within the City of Columbus, County of Lowndes, State of Mississippi, will be greatly appreciated against: **ONE KERR MCGEE ENTITLED: GARRETSON RESOLUTION GROUP, INC. as TRONOX INCORPORATED TORT CLAIMS TRUSTEE.** The Counsel for the Trust are:

KEATING MUETHING & KLEEAP, PLL:  
ONE EAST FOURTH STREET SUITE 100  
CINCINNATI, OH 45202  
TELEPHONE: 513-579-6400  
FASCIMILE: 513-579-6457  

Robert G. Sanker, Esq. (admitted pro hac vice)  
Bethany P. Recht, Esq. (admitted pro hac vice)  
Again, Cousel for Garretson Resolution Group, Inc. as Tronox Tort Claims Trustee.

RECEIVED  
JAN 3 - 2020  
U.S. BANKRUPTCY COURT  
SO DIST OF NEW YORK  

Sincerely yours,  
The citizens of the City of Columbus, County of Lowndes, State of Mississippi

Signed:

*Tiffany Tate*

Personal Contact Information:

Address:

107 Laurel East Cove
Starkville, MS. 39759

Telephone: 662-648-8033